ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Rotair Industries | ) ASBCA No. 61465 |
| | ) |
| Under Contract No. SPE4A7-15-M-9242 | ) |

APPEARANCE FOR THE APPELLANT:       James M. White, Esq.
                                      Marshall & White, PLLC
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
                                      DLA Chief Trial Attorney
                                    Edward Murray, Esq.
                                    Elan D. Taylor, Esq.
                                      Trial Attorneys
                                      DLA Aviation
                                      Richmond, VA

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 30 days of the date of this Order.

Dated: November 15, 2018

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61465, Appeal of Rotair Industries, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
